UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HEIM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JANE DOE, et al.,<br><br>　　　　Defendants. | **1:20-cv-00391-AWI-GSA-PC**<br><br>**ORDER STRIKING MOTION FOR LACK OF SIGNATURE**<br>**(ECF No. 14.)** |

　　　　Christopher Heim ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 11, 2020. (ECF No. 1.) On May 14, 2020, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 13.) The First Amended Complaint awaits the court's screening under 28 U.S.C. § 1915.

　　　　On December 21, 2020, Plaintiff filed a motion to amend the complaint. (ECF No. 14.) Plaintiff's motion is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to amend, filed on December 20, 2020, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　　Dated:　**February 2, 2021**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE