UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HEIM,<br><br>           Plaintiff,<br><br>     vs.<br><br>DOE, et al.,<br><br>           Defendants. | 1:20-cv-00391-AWI-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CHANGE HIS DECISION REGARDING MAGISTRATE JUDGE JURISDICTION**<br>**(ECF No. 28.)**<br><br>**ORDER DIRECTING CLERK TO SEND PLAINTIFF A CONSENT/DECLINE FORM** |

Christopher Heim ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2021, Plaintiff filed a request to change his decision whether to consent to or decline the jurisdiction of a Magistrate Judge in this case. (ECF No. 28.) Plaintiff's request shall be granted. The court shall send Plaintiff a consent/decline form. To change his decision Plaintiff must complete and sign the form indicating either "consent" or "decline," and then return the form to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to change his decision whether to consent to or decline the jurisdiction of a Magistrate Judge in this case, filed on May 12, 2021, is GRANTED; and

2. The Clerk is directed to send Plaintiff a consent/decline form to complete and return to the court.

IT IS SO ORDERED.

  Dated:   **September 1, 2021**                     **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE