# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER HEIM,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**JANE DOE, et al.,**<br><br>      **Defendants.** | **CASE NO. 1:20-cv-00391-AWI-GSA (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CASE WITH PREJUDICE FOR FAILURE TO STATE A CLAIM**<br><br>(Doc. No. 32) |

    Plaintiff Christopher Heim is a state prisoner proceeding pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).

    On November 1, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed, with prejudice, for failure to state a claim. Doc. No. 32. The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service. Id. To date, no objections to the findings and recommendations have been filed with the Court, and the time in which to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

## **ORDER**

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations (Doc. No. 32) that were issued on November 1,

1. 2021, are ADOPTED in full;
2. Plaintiff's third-amended complaint (Doc. No. 22) is DISMISSED, with prejudice, for failure to state a claim; and
3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   December 17, 2021                              _____
                                                        SENIOR DISTRICT JUDGE